

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 3 0 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. EMILIO OCHOA-GARCIA, Defendant - Appellant. | No. 05-10378 D.C. No. CR-03-00175-SOM District of Hawaii, Honolulu ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 0 7 2005
at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09.05\nw\05-10378v.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP 3 0 2005
by
Deputy Clerk